# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | CASE NO. 4:21-CR-222-ALM-BD-1 |
| § | |
| **JONTRELL BERNEL BOLDENE** § | |

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT**

The court referred this matter to United States Magistrate Judge Bill Davis pursuant to 28 U.S.C. §636(b) and the Local Rules for the United States District Court for the Eastern District of Texas to determine competency. Judge Davis conducted a hearing in the form and manner prescribed by 18 U.S.C. §4247(d) and issued his Report and Recommendation on the Defendant's competency to stand trial. The magistrate judge recommended that the Court find Defendant competent to stand trial because he understands the nature and consequences of the proceedings against him and is able to assist in his defense. *See* 18 U.S.C. § 4241.

The parties have not objected to the magistrate judge's findings. The Court **ORDERS** that the Report and Recommendation of United States Magistrate Judge Bill Davis are **ADOPTED**.

It is further **ORDERED** that in accordance with the Defendant's competency to stand trial the Court finds the Defendant is competent. The speedy trial time is excluded from November 15, 2024, until the date of this Order.

**SIGNED this 24th day of July, 2025.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE